UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MITCHELL TAEBEL, | No. 2:18-cv-00138 TLN AC |
| Plaintiff, | |
| v. | ORDER |
| MICHAEL SONBERG, et al., | |
| Defendants. | |

Plaintiff is proceeding in this matter pro se, and accordingly this motion was referred to the undersigned pursuant to Local Rule 302(c)(21). On April 17, 2018, plaintiff filed a Motion to Issue Recommendation. ECF No. 7. On April 20, 2018, plaintiff filed a "Request for Service of Summons." ECF No. 8. Plaintiff's case was closed on March 2, 2018. ECF No. 5. Plaintiff is advised that documents filed since the closing date will be disregarded and no orders will issue in response to future filings. Plaintiff's motion at ECF No. 7 will, accordingly, not be considered.

DATED: April 23, 2018

_Allison Claire_
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE